ALEANDER F. STUART, SBN – 96141
RONALD J. COOK, SBN – 121398
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:    (408) 289-1972
Facsimile:    (408) 295-6375
E-Mail:       afs@wsblaw.net
              rjc@wsblaw.net

Attorneys for Plaintiff/Counter-Defendant
MONTEREY MUSHROOMS, INC.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
6/11/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY MUSHROOMS, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COIMPANY OF AMERICA; THE TRAVELERS LLOYDS INSURANCE COMPANY; and DOES 1 through 100 (INCLUSIVE),<br><br>             Defendants. | CASE NO: 5:09-C-09-02501 JW<br><br>**STIPULATED ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| THE TRAVELERS LLOYDS INSRUANCE COMPANY,<br><br>             Counter-Claimant,<br><br>vs.<br><br>MONTEREY MUSHROOM, INC.<br><br>             Counter-Defendant. | |

IT IS HEREBY STIPUALTED by and between the parties to this action that Plaintiff MONTEREY MUSHROOMS, INC. ("Plaintiff") may file its First Amended Complaint. The basis for this stipulation is that the facts and issues raised by the First Amended Complaint do not enlarge the issues beyond those already raised by Plaintiff's Answer to Defendant THE

1638.10976S                                      -1-

1  TRAVELERS LLOYDS INSURANCE COMPANY's Cross-Complaint and therefore will not
2  delay or expand discovery or the trial in this action. A true and correct copy of Plaintiff's First
3  Amended Complaint is attached hereto as Exhibit A and will be filed upon the Court's approval
4  of this Stipulated Order. Defendants will have thirty (30) days to file a responsive pleading
5  calculated from the date of service and filing of the Plaintiff's First Amended Complaint.

Dated: June 3, 2010

WILLOUGHBY, STUART & BENING

By: /s/
Alexander F. Stuart
Ronald J. Cook
Attorneys for Plaintiff/Counter-Defendant
MONTEREY MUSHROOMS

Dated: June 3, 2010

BULLIVANT HOUSER BAILEY

By: /s/
SAMUEL H. RUBY
Attorneys for Defendants
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and THE
TRAVELERS LLOYDS INSURANCE
COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

IT IS HEREBY ORDERED that Plaintiff is granted leave to file its First Amended Complaint by **June 16, 2010** as a separate docket entry.

Dated: June 11, 2010

*James Ware*
UNITED STATES DISTRICT JUDGE