ALEANDER F. STUART, SBN – 96141
RONALD J. COOK, SBN – 121398
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:    (408) 295-6375
E-Mail:        afs@wsblaw.net
                  rjc@wsblaw.net

Attorneys for Plaintiff/Counter-Defendant
MONTEREY MUSHROOMS, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
6/11/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COIMPANY OF AMERICA; THE TRAVELERS LLOYDS INSURANCE COMPANY; and DOES 1 through 100 (INCLUSIVE), <br><br> Defendants. <br><br> THE TRAVELERS LLOYDS INSRUANCE COMPANY, <br><br> Counter-Claimant, <br><br> vs. <br><br> MONTEREY MUSHROOM, INC. <br><br> Counter-Defendant. | CASE NO: 5:09-cv-02501-JW <br><br> **STIPULATED ORDER AMENDING CASE SCHEDULE IN SCHEDULING ORDER** |

IT IS HEREBY STIPUALTED by and between the parties to this action that good cause appears to amend the CASE SCHEDULE set forth in the Court's October 15, 2009 SCHEDULING ORDER. The grounds for this stipulated order are that the parties have diligently

been working toward a mediated resolution of this coverage dispute through the services of JAMS mediator Judge Richard Silver (Ret.). His mediation efforts have been ongoing continuously since December 17, 2009, and included a second session on February 17, 2010. It was during that session that the parties agreed that in order to have fruitful settlement discussions, the two sides needed to come to some agreement on the range, if not the actual amount of damages. Consequently, the parties agreed that their respective CPA's would meet at Plaintiffs facility in Texas to review documents and meet with on site personnel, and thereafter meet and confer in an effort to reach agreement on the amount of Plaintiff's Hurricane Ike damage claims. That process was lengthy and finished up on or about May 25, 2010. As a result the parties agree that the total amount of damage exceeds $3.65 Million Dollars. Since that time, Judge Silver has been in constant telephone contact with the parties attempting to settle the case. This ongoing process has resulted in an agreement by the parties to attend a final mediation session in Monterey on the first available date on Judge Silver's calendar, July 7, 2010.

Because of Judge Silver's ongoing efforts, combined with the work being done by the CPA's, the parties agreed to refrain from the time and expense of litigation. The parties have agreed that if the case does not settle at the July 7, 2010 mediation, depositions begin the following day on July 8, 2010.

In light of these facts, the parties agree, and hereby stipulate that the court may amend the CASE SCHEDULE by continuing all existing deadlines by no less than 60 days to new dates that are convenient with the Court's schedule. This includes continuing the following currently scheduled deadlines:

**June 14, 2010**     **Disclosure of Expert Witnesses** (63 days before discovery closes)

**July 2, 2010**      **Preliminary Pretrial Conference Statements**

**July 12, 2010**     **Preliminary Pretrial Conference**

**August 16, 2010**     **Close of Discovery**

**October 18, 2010**    **Last Date to Hear Dispositive Motions**

Dated: June 11, 2010                          WILLOUGHBY, STUART & BENING

By: _____/s/_____
    Alexander F. Stuart
    Ronald J. Cook
    Attorneys for Plaintiff/Counter-Defendant
    MONTEREY MUSHROOMS

Dated: June 11, 2010                          BULLIVANT HOUSER BAILEY

By: _____/s/_____
    SAMUEL H. RUBY
    Attorneys for Defendants
    TRAVELERS PROPERTY CASUALTY
    COMPANY OF AMERICA and THE
    TRAVELERS LLOYDS INSURANCE
    COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## STIPULATED ORDER

IT IS HEREBY ORDERED that based on the stipulation of the parties, the CASE SCHEDULE in the SCHEDULING ORDER in this action is hereby amended to extend the deadlines set forth therein to the following dates:

**August 30, 2010**    **Disclosure of Expert Witnesses** (63 days before discovery closes)

**September 3, 2010**  **Preliminary Pretrial Conference Statements**

**September 13, 2010** **Preliminary Pretrial Conference**

**November 1, 2010**   **Close of Discovery**

**December 13  2010**  **Last Date to Hear Dispositive Motions**

1  All other rules and orders set forth in the SCHEDULING ORDER that are not impacted by the
2  new dates shall remain the same.
3  Dated: June 11, 2010

_____
JAMES WARE
United States District Judge

1638.10976S                                                    - 4 -

STIPULATED ORDER