ALEANDER F. STUART, SBN – 96141
RONALD J. COOK, SBN – 121398
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:      (408) 289-1972
Facsimile:      (408) 295-6375
E-Mail:         afs@wsblaw.net
                rjc@wsblaw.net

Attorneys for Plaintiff/Counter-Defendant
MONTEREY MUSHROOMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTEREY MUSHROOMS, INC.,

Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY
COIMPANY OF AMERICA; THE
TRAVELERS LLOYDS INSURANCE
COMPANY; and DOES 1 through 100
(INCLUSIVE),

Defendants.

THE TRAVELERS LLOYDS
INSURANCE COMPANY,

Counter-Claimant,

vs.

MONTEREY MUSHROOM, INC.

Counter-Defendant.

CASE NO: 5:09-C-09-02501 JW

**STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL WITH
PREJUDICE**

## STIPULATION

Pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1)(A)(ii), Plaintiff/Counter -

Defendant Monterey Mushroom, Inc., through its counsel of record, and Defendants/ Counter-

1638.10976S

-1-

WILLOUGHBY, STUART & BENING

1   Claimants The Travelers Lloyds Insurance Company, through their respective counsel of record,

2   hereby stipulate that all claims and counter-claims asserted in the above entitled action shall be

3   and hereby are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

4

5   Dated: August 12, 2010                    WILLOUGHBY, STUART & BENING

6

7                                             By:_____/s/_____

8                                                Alexander F. Stuart
                                                 Ronald J. Cook
                                                 Attorneys for Plaintiff/Counter-Defendant
9                                                MONTEREY MUSHROOMS

10  Dated: August 12, 2010

                                              BULLIVANT HOUSER BAILEY
11

12                                            By:_____/s/_____

13                                               SAMUEL H.  RUBY
                                                 Attorneys for Defendants
14                                               TRAVELERS PROPERTY CASUALTY
                                                 COMPANY OF AMERICA and THE
15                                               TRAVELERS LLOYDS INSURANCE
                                                 COMPANY
16

17                              **ORDER**

18          Having reviewed the above stipulation.

19          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety,

20
    with each party to bear their own fees and costs.  The Clerk shall close this file.
21

22  Dated:   August 13, 2010

23                                            By:_____

24                                               The Honorable JAMES WARE
                                                 United States District Judge
25

26

27

28

WILLOUGHBY, STUART & BENING